# UNITED STATES DISTRICT COURT
for the

Northern District of New York

_____ Division

| | |
|---|---|
| Valerie Flores <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Robert Cody & his leasing agent (possibly drives white Audi SUV) & tenant at 8/2021 showing <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:26-CV-0137 (AJB/TWD) <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Valerie Flores
   Street Address: PO Box 1110 ACP 5749
   City and County: Albany (Albany)
   State and Zip Code: NY 12201
   Telephone Number: 838-265-4961
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Robert Cody
- Job or Title (if known):
- Street Address:
- City and County: Platteville
- State and Zip Code: WI
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: Leasing Agent
- Job or Title (if known):
- Street Address:
- City and County: Platteville
- State and Zip Code: WI
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name: Tenant in apt at 8/2021 apt showing
- Job or Title (if known):
- Street Address:
- City and County: Platteville,
- State and Zip Code: WI
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 15 US Code § 1692 (d) - harrassment or abuse, 18 USC § 2261 A) - Interstate Stalking & abuse & RETALIATION for filing a complaint.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Valerie Flores, is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,

    and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Robert Cody, his leasing agent, tenant at 2021 showing, is a citizen of the State of *(name)* Wisconsin. Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation
The defendant, (name) Robert Cody / his leasing agent & tenant at 8/2021, is incorporated under the laws of the State of (name) Wisconsin, and has its principal place of business in the State of (name) Wisconsin.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) Wisconsin.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$40k × 3 = $120k in restitution / WI CVC for retaliation

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Platteville, WI, northwestern IL, & Dubuque area & Lebanon, Indiana area.

B. What date and approximate time did the events giving rise to your claim(s) occur?

2025 & early 2026 (Indiana)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied housing and after I was, I was repeatedly seeing a white Audi SUV from 8/2021 & it has been ongoing. After looking at the apt a white male was looking in the windows at my apt building (8/21) Recently I was near that area but not in that state & I was followed by a black Mercedes SUV that was pulled over by IL police. The next day I saw a twin of that vehicle & it had personalized UW plates & pulled in a driveway near Platteville, WI

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

These people scare me & all I did was apply for an apt in 2021. I don't want trouble. I don't know if it is the elderly woman or the tenant who owns the vehicle I had my vehicle in temporary storage a couple houses from that area & that is why I was in that area.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I need an injunction from these people for piece of mind. I was at a library in the Lebanon, IN area & a woman came into a library that resembled the leasing agent & appeared to just be loitering at the computer. It did not appear she was working on anything at all. There were 2 people in an older cop style car from the mid 2000s. It was uncomfortable. I was minding my own business. Camera footage would have captured it. There was a park across from the parking lot.

VI.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/28/25

Signature of Plaintiff: Valerie Flores
Printed Name of Plaintiff: Valerie Flores

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

