IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALERIE L. FLORES,

                      Plaintiff,

v.

ROBERT CODY, JOHN DOE, and DOE #2, JOHN,

                      Defendants.

ORDER

26-cv-72-jdp

---

With a minor exception immaterial here, plaintiff Valerie L. Flores is barred from filing new civil lawsuits in this court without prepaying the full filing fee. *Flores v. Progressive Ins.*, No. 23-cv-398-jdp, 2024 WL 1701705, at *4 (W.D. Wis. Apr. 19, 2024). Under that bar order, any civil lawsuit that Flores files without full prepayment will be docketed and summarily dismissed. *Id.*

Flores recently brought a lawsuit in the Northern District of New York alleging that defendants, who are located in Platteville, Wisconsin, retaliated against, stalked, and otherwise harassed her because she filed a housing complaint. Dkt. 1. That action was transferred to this district on venue grounds. Dkt. 5. Flores didn't prepay the filing fee while that action was pending in the Northern District of New York.

Previously, a case that Flores filed in the Southern District of New York was transferred to this district on venue grounds. Case no. 24-cv-532-jdp. I noted in that case that the bar order doesn't expressly refer to cases that Flores files in another district without prepaying the filing fee but that are transferred to this district on venue grounds. Dkt. 6 at 1 in the '532 case. But I determined that it was appropriate to make Flores prepay the full filing fee now that the '532 case had been transferred here. *Id.* I reasoned that, were it otherwise, Flores could

circumvent the bar order by filing in other districts cases in which venue is proper in this district only. *Id.*

As I did in the '532 case, I will give Flores 21 days to pay the full filing fee in this case. Flores can fulfill that requirement by submitting a check or money order for $405 payable to "Clerk, U.S. District Court" and mailing the payment to this address: United States District Court for the Western District of Wisconsin, Clerk's Office, 120 N. Henry St., Room 320, Madison, WI 53703. If the court doesn't receive the full filing fee in 21 days, this case will be dismissed with prejudice.

## ORDER

IT IS ORDERED that:

1. Plaintiff Valerie L. Flores may have until March 3, 2026, to pay the $405 filing fee as provided in this order.

2. Plaintiff is cautioned that, if the court doesn't receive the full filing fee by March 3, 2026, this case will be dismissed with prejudice.

Entered February 10, 2026.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge